AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| MEDTRONIC, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:15-cv-946-GBL-IDD |
| MICHELLE K. LEE, DIRECTOR OF USPTO | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Medtronic, Inc.                                                                                                    .

Date:      08/05/2015                                                  /s/
                                                                                    *Attorney's signature*


                                                                    Gregory H. Lantier, Bar No. 65657
                                                                          *Printed name and bar number*

                                                                    1875 Pennsylvania Avenue, N.W.
                                                                       Washington, DC  20006


                                                                                    *Address*


                                                                    gregory.lantier@wilmerhale.com
                                                                            *E-mail address*

                                                                          (202) 663-6327
                                                                          *Telephone number*

                                                                          (202) 663-6363
                                                                             *FAX number*