AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| MEDTRONIC, INC.<br><br>*Plaintiff(s)*<br>v.<br>MICHELLE K. LEE<br>Director of the<br>United States Patent and Trademark Office<br><br>*Defendant(s)* | Civil Action No. 1:15cv946 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Michelle K. Lee
　　　　　　　　　　　　　　　　　　Director
　　　　　　　　　　　　　　　　　　United States Patent and Trademark Office
　　　　　　　　　　　　　　　　　　Mailstop 24
　　　　　　　　　　　　　　　　　　~~P.O. Box 1450~~ Alexandria, VA 22313-1450

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Thomas Kost, Gregory H. Lantier
　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE AND DORR LLP
　　　　　　　　　　　　　　　　　1875 Pennsylvania Ave., N.W.
　　　　　　　　　　　　　　　　　Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Date: 7/23/15　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michelle Lee, Director of USPTO
was received by me on *(date)* July 23, 2015.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Per Federal Rule of Civil Procedure 4(i), I sent a copy of the summons and complaint to Michelle K. Lee by certified mail on July 23, 2015. A copy of the receipt is attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/29/2015

Danielle L Hartley
*Server's signature*

Danielle L Hartley, Paralegal
*Printed name and title*

1875 Pennsylvania Ave NW, Washington, DC 20006
*Server's address*

Additional information regarding attempted service, etc:



