AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| MEDTRONIC, INC. <br><br> *Plaintiff(s)* <br> v. <br> MICHELLE K. LEE <br> Director of the <br> United States Patent and Trademark Office <br><br> *Defendant(s)* | Civil Action No. 1:15cv946 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Loretta E. Lynch
Attorney General for the United States
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas Kost, Gregory H. Lantier
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/23/15

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Attorney General Loretta Lynch**
was received by me on *(date)* **July 23, 2015**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: **Per Federal Rule of Civil Procedure 4(i), I sent a copy of the summons and Complaint to Loretta Lynch by Certified Mail on July 23, 2015. A copy of the receipt is attached.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **7/29/2015**

*Danielle L. Hartley*
Server's signature

**Danielle L. Hartley, Paralegal**
Printed name and title

**1875 Pennsylvania Ave NW Washington, DC 20006**
Server's address

Additional information regarding attempted service, etc:

**2. Article Number**

7160 3901 9846 3503 8229

**3. Service Type** CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PS Form 3811, January 2005    Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Print your name, address, and ZIP+4 below •

WILMERHALE
ATTN: Gregory H. Lantier
1875 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20006-3642