**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| MEDTRONIC, INC., )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>MICHELLE LEE, )<br>    Under Secretary of Commerce for )<br>    Intellectual Property and Director )<br>    of the United States Patent and )<br>    Trademark Office, )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No. 1:15cv946 |

**MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), defendant, through her undersigned counsel, hereby respectfully moves to dismiss plaintiff's complaint in the above-captioned action for a lack of subject-matter jurisdiction and Count IV of the complaint for failure to state a claim upon which relief can be granted. The grounds for this relief are fully-explicated in the simultaneously filed memorandum of law in support of the motion.

///

///

                      Respectfully submitted,

                      DANA J. BOENTE
                      UNITED STATES ATTORNEY

By:     _____/s/_____
                      DENNIS C. BARGHAAN, JR.
                      Assistant U.S. Attorney
                      2100 Jamieson Avenue
                      Alexandria, Virginia 22314
                      Telephone: (703) 299-3891
                      Fax:       (703) 299-3983
                      Email:  dennis.barghaan@usdoj.gov

DATE: September 25, 2015            ATTORNEYS FOR DEFENDANT

OF COUNSEL:     Frances Lynch
                      Meredith Schoenfeld
                      Associate Solicitors
                      United States Patent & Trademark Office

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a true and correct copy of the same to the following:

Gregory Hayes Lantier
Wilmer Cutler Pickering Hale & Dorr LLP (DC)
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Date: September 25, 2015            _____/s/_____
                                                          DENNIS C. BARGHAAN, JR.
                                                          Assistant U.S. Attorney
                                                          2100 Jamieson Avenue
                                                          Alexandria, Virginia 22314
                                                          Telephone: (703) 299-3891
                                                          Fax:       (703) 299-3983
                                                          Email: [dennis.barghaan@usdoj.gov](mailto:dennis.barghaan@usdoj.gov)

                                                          ATTORNEYS FOR DEFENDANT