**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| MEDTRONIC, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:15cv946 |
| ) | |
| MICHELLE LEE, ) | |
| Under Secretary of Commerce for ) | |
| Intellectual Property and Director ) | |
| of the United States Patent and ) | |
| Trademark Office, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), defendant, through her undersigned counsel, hereby respectfully moves to dismiss plaintiff's complaint in the above-captioned action for a lack of subject-matter jurisdiction and Count IV of the complaint for failure to state a claim upon which relief can be granted.  The grounds for this relief are fully-explicated in the simultaneously filed memorandum of law in support of the motion.

///

///

        Respectfully submitted,

        DANA J. BOENTE
        UNITED STATES ATTORNEY

By:  _____/s/_____
        DENNIS C. BARGHAAN, JR.
        Assistant U.S. Attorney
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Telephone: (703) 299-3891
        Fax:  (703) 299-3983
        Email: dennis.barghaan@usdoj.gov

DATE: September 25, 2015    ATTORNEYS FOR DEFENDANT

OF COUNSEL:  Frances Lynch
        Meredith Schoenfeld
        Associate Solicitors
        United States Patent & Trademark Office

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a true and correct copy of the same to the following:

Gregory Hayes Lantier
Wilmer Cutler Pickering Hale & Dorr LLP (DC)
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Date: September 25, 2015                _____/s/_____
                                                          DENNIS C. BARGHAAN, JR.
                                                          Assistant U.S. Attorney
                                                          2100 Jamieson Avenue
                                                          Alexandria, Virginia 22314
                                                          Telephone: (703) 299-3891
                                                          Fax:       (703) 299-3983
                                                          Email: dennis.barghaan@usdoj.gov

                                                          ATTORNEYS FOR DEFENDANT