# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | | |
|---|---|---|
| MEDTRONIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:15cv946 |
| | ) | |
| MICHELLE LEE, | ) | |
| Under Secretary of Commerce for | ) | |
| Intellectual Property and Director | ) | |
| of the United States Patent and | ) | |
| Trademark Office, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that, on October 30, 2015, at 10:00 a.m. or as soon thereafter as counsel may be heard, defendant will bring on for hearing her motion to dismiss plaintiff's complaint in the above-captioned action.

///

///

                                                        Respectfully submitted,

                                                        DANA J. BOENTE
                                                        UNITED STATES ATTORNEY

                            By:          _____/s/_____
                                                        DENNIS C. BARGHAAN, JR.
                                                        Assistant U.S. Attorney
                                                        2100 Jamieson Avenue
                                                        Alexandria, Virginia 22314
                                                        Telephone: (703) 299-3891
                                                        Fax:       (703) 299-3983
                                                        Email: dennis.barghaan@usdoj.gov

DATE: September 25, 2015                 ATTORNEYS FOR DEFENDANT

OF COUNSEL:       Frances Lynch
                           Meredith Schoenfeld
                           Associate Solicitors
                           United States Patent & Trademark Office

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a true and correct copy of the same to the following:

Gregory Hayes Lantier
Wilmer Cutler Pickering Hale & Dorr LLP (DC)
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Date: September 25, 2015            _____/s/_____
                                                  DENNIS C. BARGHAAN, JR.
                                                  Assistant U.S. Attorney
                                                  2100 Jamieson Avenue
                                                  Alexandria, Virginia 22314
                                                  Telephone: (703) 299-3891
                                                  Fax:       (703) 299-3983
                                                  Email: dennis.barghaan@usdoj.gov

                                                  ATTORNEYS FOR DEFENDANT