## CIVIL HEARING MINUTES

Date: October 30, 2015

Start: 11:35
Finish: 11:55

Judge: Gerald Bruce Lee
Reporter: Renecia Wilson ✓

Civil Action Number: 1:15cv946

# Medtronic, Inc. v. Michelle K. Lee

(✓) Plaintiff

(✓) Counsel for Defendant, the Director

✓ Gregory Lantier

✓ Dennis Barghaan

_____

_____

_____

( ) Matter is Uncontested

Motion to/for:

Deft's motion(s) to dismiss
Heard.
_____

_____

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
(✓) Taken Under Advisement ( ) Continued to
_____

( ) Report and Recommendation to Follow
(✓) Order to Follow