IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MEDTRONIC, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:1-15-cv-946-GBL-IDD |
| MICHELLE LEE, | ) ) ) |
| Defendant. | ) |

## FINAL JUDGMENT

THIS MATTER is before the Court on Defendant Michelle Lee's Motion to Dismiss for Lack of Subject-Matter Jurisdiction (Doc. 11) and Motion to Dismiss Count IV for Failure to State a Claim (Doc. 12). For the reasons stated in the Memorandum Opinion and Order,

IT IS HEREBY ORDERED that JUDGMENT is ENTERED in favor of Defendant Michelle Lee and against Plaintiff Medtronic, Inc., pursuant to Rule 58 of the Civil Rules of Procedure.

IT IS SO ORDERED.

ENTERED this ___ day of January, 2016

Alexandria, Virginia
1 / __ / 2016

/s/
Gerald Bruce Lee
United States District Judge