# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| MEDTRONIC, INC.,<br><br>                                      Plaintiff,<br><br>      vs.<br><br>MICHELLE LEE,<br>Director of the<br>United States Patent and Trademark Office,<br><br>                                      Defendant. | Civil Action No. 1:15-cv-00946-GBL-IDD |

## PLAINTIFF'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Medtronic, Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment (Dkt. 21) and Memorandum Opinion and Order (Dkt. 20) entered in this action on the 21st day of January, 2016, and from all other orders, rulings, findings, and conclusions underlying and related to those filings.

Date:  January 21, 2016

Respectfully submitted,

MEDTRONIC, INC.

_____/s/_____
Gregory H. Lantier
Virginia Bar No. 65657
Attorney for Medtronic, Inc.
WILMER CUTLER PICKERING
   HALE & DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: 202-663-6327
Fax: 202-663-6363
gregory.lantier@wilmerhale.com

## **CERTIFICATE OF SERVICE**

  I certify that today, January 21, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

      Dennis C. Barghaan, Jr.
      Assistant U.S. Attorney
      2100 Jamieson Avenue
      Alexandria, VA  22314

      _____/s/_____
      Gregory H. Lantier
      Virginia Bar No. 65657
      Attorney for Medtronic, Inc.
      WILMER CUTLER PICKERING
       HALE & DORR LLP
      1875 Pennsylvania Avenue, N.W.
      Washington, D.C. 20006
      Telephone: 202-663-6327
      Fax: 202-663-6363
      gregory.lantier@wilmerhale.com