# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

☒ United States District Court for the  Eastern District of Virginia

☐ United States Court of International Trade

☐ United States Court of Federal Claims

☐ United States Court of Appeals for Veterans Claims

Type of case: Judicial Review of Agency Action

Medtronic, Inc.   v.   Michelle K. Lee

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No.  1:15cv946              Date of Judgment or Order  1/21/16
Cross or related appeal? No.      Date of Notice of Appeal  1/21/16

Appellant is:   ☒ Plaintiff    ☐ Defendant    ☐ Other (explain) ____

FEES:  Court of Appeals docket fee paid?   ☒ Yes  ☐ No
       U.S. Appeal?                         ☐ Yes  ☐ No
       In forma pauperis?                   ☐ Yes  ☐ No

Is this matter under seal?                  ☐ Yes  ☒ No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed).

Pltf's
Gregory Hayes Lantier
1875 Pennsylvania Ave NW, washington,DC20006

Deft's
Dennis Carl Barghaan, Jr.
United States Attorney's Office

COURT REPORTER: (Name and telephone): Renecia Wilson 703-501-1580

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Reset Fields