NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDTRONIC, INC.,**
*Plaintiff - Appellant*

v.

**MICHELLE K. LEE, Director, U.S. Patent and Trademark Office,**
*Defendant - Appellee*

---

16-1540

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 1:15-cv-00946-GBL-IDD United States District Judge Gerald Bruce Lee

---

**O R D E R**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT

May 11, 2017　　　　　　/s/ Peter R. Marksteiner
　　　　　　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　　Clerk of Court

**ISSUED AS A MANDATE:** May 11, 2017